

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2020

No. 04-18-00833-CV

**IN THE INTEREST OF M.A.G. AND Z.A.G., CHILDREN**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLI001815 C3
The Honorable Missy Medary, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

We grant the motion for extension of time to file a brief filed by appellee, Office of the Attorney General, and order appellee's brief due February 26, 2020.

It is so **ORDERED** on February 6, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT